OPINION — AG — IN THE ABSENCE OF A STATUTE AUTHORIZING THE STATE EXAMINER AND INSPECTOR TO AUDIT THE BOOKS, RECORDS AND ACCOUNTS OF " MULTI COUNTY LIBRARIES " ESTABLISHED UNER 65 O.S. 1961 62 [65-62] TO 65 O.S. 1961 69 [65-69], OR A " CITY COUNTY LIBRARY " ESTABLISHED UNDER THE AUTHORITY OF 65 O.S. 1961, 151-160 [65-151] — [65-160] SAID EXAMINER AND INSPECTOR IS NOT REQUIRED BY 19 O.S. 1961 171 [19-171], 19 O.S. 1961 172 [19-172], 19 O.S. 1961 173 [19-173], 19 O.S. 1961 174 [19-174] OR 74 O.S. 1961 212 [74-212] REFERRED TO BY YOU, TO AUDIT THE SAME. CITE: OPINION NO. FEBRUARY 23, 1957 — BURSON, 65 O.S. 1961 157 [65-157] [65-157], 65 O.S. 1961 68 [65-68], 65 O.S. 1961 66 [65-66] (FRED HANSEN)